UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASSANDRA J. HOUSER,<br><br>Plaintiff,<br><br>vs.<br><br>ALCOA, INC. LONG TERM<br>DISABILITY PLAN,[1]<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil No. 2:06-cv-1525<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER OF DISMISSAL

The above-styled action has been resolved by the parties. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to this action hereby stipulate and agree to the dismissal of this action. Each party shall bear its own costs, expenses, and attorneys' fees.

WE SO STIPULATE:


CASSANDRA J. HOUSER

By:   /s/ Brian Patrick Bronson  (by consent)
      Quatrini, Rafferty, Galloway
      550 E. Pittsburgh Street
      Greesburg, PA  15601

*Counsel for Plaintiff*

---

[1] Although Plaintiff refers to Defendant as the "Alcoa Long Term Disability Plan," the actual name of the applicable plan is "Employees' Group Benefits Plan of Alcoa Inc., Plan I - Plan No. 504."

EMPLOYEES' GROUP BENEFITS PLAN OF ALCOA INC., PLAN I - PLAN NO. 504

By: \_\_\_/s/ Christy E. Kiely_____
   Christy E. Kiely (VA 48914, *admitted pro hac vice*)
   HUNTON & WILLIAMS LLP
   Riverfront Plaza, East Tower
   951 E. Byrd Street
   Richmond, Virginia 23219
   (804) 788-8200 (Telephone)
   (804) 788-8218 (Facsimile)
   ckiely@hunton.com

   \_\_\_/s/ Patrick R. Kingsley_____
   Patrick R. Kingsley (PA Bar. No. 62915)
   Stradley Ronon Stevens & Young, LLP
   2600 One Commerce Square
   Philadelphia, PA 19103-7098
   215.564.8029 (Telephone)
   215.564.8120 (Facsimile)
   pkingsley@stradley.com

*Counsel for Defendants*

The clerk is directed to mail a copy of this stipulation and order to all counsel of record.

Dated: 5/2/07

Approved and Entered by: _____
                              Judge